IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.                                           CRIMINAL NO. 4:21-cr-82-SA-JMV-2

LAKENDRICK MOTTON

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **John H. Daniels, III,** on **February 8, 2022,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **John H. Daniels, III**, agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **John H. Daniels, III**, hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 9th day of February, 2022.

                                                  /s/ Jane M. Virden
                                                  UNITED STATES MAGISTRATE JUDGE